131 A.3d 406

IN THE MATTER OF DANIEL DONK-MIN KIM, AN ATTORNEY
AT LAW (ATTORNEY NO. 042671991).

February 24, 2016.

## ORDER

This matter having been duly presented, it is ORDERED that
**DANIEL DONK-MIN KIM** of **NEW YORK, NEW YORK,** who
was admitted to the bar of this State in 1991, and who was
suspended from the practice of law for a period of six months
effective July 31, 2015, by Order of this Court filed July 2, 2015, be
restored to the practice of law, effective immediately; and it is
further

ORDERED that the Office of Attorney Ethics shall conduct
semi-annual audits of respondent's attorney accounts and records
for a period of two years, and until the further Order of the Court.